1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Sauce-Garcia

7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 08mj0544 |
| 12          Plaintiff, | ) | |
| 13  v. | ) | PROOF OF SERVICE |
| 14  **JESUS SAUCE-GARCIA,** | ) | |
| 15          Defendant. | ) | |

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: February 28, 2008                    *s/ Bridget L. Kennedy*
                                               **BRIDGET L. KENNEDY**
23                                             Federal Defenders
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail:bridget_kennedy@fd.org
26
27
28